1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

RUSTON WAY LAND COMPANY LLC and RUSTON RAM RESTAURANT LAND COMPANY, LLC,

   Plaintiffs,

   v.

FIREMAN'S FUND INSURANCE COMPANY,

   Defendant.

NO.  3:21-cv-05164-RSL

ORDER GRANTING AGREED MOTION TO REMAND

THIS MATTER came before the Court on the parties' Agreed Motion to Remand.  The Court has duly considered the records and files herein and is otherwise fully advised.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The parties' Agreed Motion to Remand is GRANTED.

2. This case is hereby REMANDED to the Superior Court of Washington State in and for the County of Pierce.

3. All further proceedings before this Court, including Defendant Fireman's Fund Insurance Company's Motion to Dismiss [Dkt. #8], are hereby STRICKEN, with leave to be re-filed in Pierce County Superior Court upon remand.

ORDER GRANTING AGREED MOTION TO REMAND - 1
No.  3:21-cv-05164-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

4. No party is entitled to an award of costs or fees incurred as a result of Defendant's Notice of Removal [Dkt. #1].

5. If any different or additional information becomes available, the parties' respective rights under applicable law with respect to this Court's jurisdiction are preserved.

6. Dated this 5th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By: s/ *Franklin D. Cordell*
 Franklin D. Cordell, WSBA #26392
 Miles Bludorn, WSBA #54238
 600 University Street, Suite 2915
 Seattle, WA  98101
 206.467.6477
 fcordell@gordontilden.com
 mbludorn@gordontilden.com

ORDER GRANTING AGREED MOTION TO REMAND - 2
No.  3:21-cv-05164-RSL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

**McNAUL EBEL NAWROT & HELGREN PLLC**
Attorneys for Defendant

By    s/ *Curtis C. Isacke*
      Malaika M. Eaton, WSBA No. 32837
      Curtis C. Isacke, WSBA No. 49303
      Ai-Li Chiong-Martinson, WSBA No. 53359
      600 University Street, Suite 2700
      Seattle, Washington 98101
      (206) 467-1816
      meaton@mcnaul.com
      cisacke@mcnaul.com
      achiongmartinson@mcnaul.com

ORDER GRANTING AGREED MOTION TO REMAND - 3
No.  3:21-cv-05164-RSL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477